UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
        v.                        )
                                  )    Judge Martin C. Ashman
ABDERRAHMANE KHELLIL              )
also known as "Marco Lubrano"     )    **08CR    411**

**MAGISTRATE JUDGE ASHMAN**

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, and states as follows in support of its Motion

to Seal Complaint, Affidavit, and Arrest Warrant.

Special Agent Richard Lyons of the Department of Homeland Security, Immigration and

Customs Enforcement (ICE) is the primary source of information for the Application, Search

Warrant, and Affidavit. The Affidavit details the facts supporting probable cause that Abderrahmane

Khellil violated federal criminal law, namely, Khellil did knowingly and willfully make materially

false writings knowing the same to contain a materially false, fictitious, and fraudulent statement in

a matter within the jurisdiction of the Department of Homeland Security Immigration and Customs

Enforcement ("ICE"), an agency within the executive branch of the Government of the United States

in that the defendant falsely represented in a Form I-485, Application to Register Permanent

Residence or Adjust that his place of last entry into the United States was Maryland and that he was

not inspected by a U.S. Immigration Officer; in violation of Title 18, United States Code, Section

1001(a)(3). If Khellil were made aware of the facts contained in the Complaint, Affidavit and of

the issuance of the Arrest Warrant, then the investigation and the execution of the Arrest Warrant

would be jeopardized, including posing a danger to the executing officers and creating a risk of flight.

For the foregoing reasons, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant be sealed until the earlier of its execution or June 22, 2008, except that the ICE may enter the Arrest Warrant into appropriate criminal databases.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    _____
MARGARET HICKEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7633

DATE: May 22, 2008