# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 411 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Abderrahmane Khellil | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to seal complaint, affidavit, and arrest warrant is granted. It is hereby ordered that the complaint, affidavit, and arrest warrant be sealed until the earlier of its execution or 6/22/2008, except that ICE may enter the arrest warrant into appropriate criminal databases.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|