UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Honorable Martin C. Ashman |
| | ) | |
| ABDERRAHMANE KHELLIL | ) | **08CR    411** |
| ALSO KNOWN AS "Marco Lubrano" | ) | |

**ORDER**

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint,

Affidavit, and Arrest Warrant and having demonstrated good cause in support of its motion,

specifically, that if Abderrahmane Khellil were made aware of the facts contained in the Complaint,

Affidavit, and of the issuance of the Arrest Warrant, then the investigation and the execution of the

Arrest Warrant would be jeopardized, including posing a danger to the executing officers and

creating a risk of flight.

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrant be sealed

until the earlier of its execution or June 22, 2008, except that ICE may enter the Arrest Warrant into

appropriate criminal databases.

ENTER:

MARTIN C. ASHMAN
United States Magistrate Judge

DATE: May 22, 2008