Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 411 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Abderrahmane Khellil | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Abderrahmane Khellil.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|