# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 411 - 1 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Abderrahmane Khellil | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 5/28/2008. Mary L. Sfasciotti files her apperance as retained counsel for defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:18

| | | Courtroom Deputy Initials: | IS |
|---|---|---|---|