FILED

JUN - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
 )  No. 08 CR 411    JUDGE KENNELLY
        vs. )
 )  Violation: Title 18 United States Code,
 )  Section 1001(a)(3)
ABDERRAHMANE KHELLIL, )
also known as "Marco Lubrano" )  MAGISTRATE JUDGE ASHMAN

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about June 4, 2003, at Chicago, in the Northern District of Illinois, Eastern

Division,

ABDERRAHMANE KHELLIL ,
also known as "Marco Lubrano,"

defendant herein, knowingly and willfully did make materially false writings knowing the same to

contain materially false, fictitious, and fraudulent statements in a matter within the jurisdiction of

the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), an agency

within the executive branch of the Government of the United States, in that the defendant falsely

represented in a Form I-485, Application to Register Permanent Residence or Adjust Status that his

place of last entry into the United States was Maryland, that his date of last arrival was December

2, 1998 and that he was not inspected by a U.S. Immigration Officer;

In violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 16, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ABDERRAHMANE KHELLIL ,
also known as "Marco Lubrano,"

defendant herein, knowingly and willfully did make materially false writings knowing the same to contain materially false, fictitious, and fraudulent statements in a matter within the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), an agency within the executive branch of the Government of the United States, in that the defendant falsely represented in an AR-11, Alien's Change of Address Card that his place of last entry into the United States was Maryland and that his date of entry into the United States was December 28, 1998;

In violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL:

_____

FOREPERSON

_____
UNITED STATES ATTORNEY