## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 411 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Khellil | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the indictment. 16.1 conference is to be held by 7/1/2008. Pre-trial motions due 8/1/2008. Response to motions due by 9/4/2008, and reply brief by 9/15/2008. Jury trial set for 12/15/2008 at 9:45 AM. Status hearing set for 10/16/2008 at 1:30 PM. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|