IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 08 CR 0411 |
| ) | |
| ABDERRAHMANE KHELLIL, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To: Ms. Margaret A. Hickey
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 10th day of July, 2008 at 9:30 A.M., I will appear before Judge Matthew Kennelly, Room 2103, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there petition the Court to restrain USCIS proceedings, all pursuant to the attached Motion to Restrain USCIS Proceedings, a copy of which is hereto attached and served upon you.

MARY L. SFASCIOTTI
Attorney for Defendant
79 West Monroe Street, Suite 1215
Chicago, Illinois 60603
Phone - 312-726-3278
Fax - 312-726-1325
E-Mail-Sfaslaw@ameritech.net

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

DIANE C. BRADFORD, being first duly sworn on oath, deposes and states that she served the above and foregoing Notice of Motion and the attached Motion to Restrain USCIS Proceedings, by hand delivering a true and correct copy of same to the Assistant U.S. Attorney above named at the above address on the 8th day of July, 2008 before the hour of 5:00 P.M.

_____
Diane C. Bradford

SUBSCRIBED and SWORN to
before me this 8th day of
July, 2008.

_____
Notary Public

OFFICIAL SEAL
Mary L. Sfasciotti
Notary Public, State of Illinois
Commission Expires on:
June 26, 2011

FILED
JUL 08 2008
7-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT