# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 411 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Khellil | | |

**DOCKET ENTRY TEXT**

The court issues a Temporary Restraining Order restraining U. S. Citizenship and Immigration Service from proceeding with the termination of asylum status of Abderrahmane Khellil. This Temporary Restraining Order is intended to preclude the interview scheduled for 7/14/2008 from proceeding. The TRO is to expire at end of business 7/16/2008. Government's response to motion to restrain is due 7/15/2008. Ruling set for 7/16/2008 at 9:30 AM.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | OR |
|---|---|---|