# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 411 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Khellil | | |

**DOCKET ENTRY TEXT**

Ruling on motion to restrain is vacated. Motion is to be terminated as moot based on developments discussed in open court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|