

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.

        Case No: 08 CR 411

ABDERRAHMANE KHELLIL

        Defendant

## NOTICE OF MOTION

To: Margaret A. Hickey,
Assistant U.S. Attorney
Office of the United States Attorney
Fifth Floor, 219 S. Dearborn
Chicago, IL 60604

**FILED**
JN AUG X 1 2008
AuG 1 2008
MICHAEL W. D...
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE** that on the 5th day of August, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before **Judge Matthew E. Kennelly**, or any judge sitting in his stead at **Room 2103** of the US District Court, Northern District of Illinois located at 219 South Dearborn Street, Chicago, IL, and shall there and then present the attached motion:

**Defendant's Motion for Extension of Time within which to file Pretrial Motions**

a copy of which is herewith served upon you,

_____
MARY L. SFASCIOTTI

LAW OFFICES OF MARY L. SFASCIOTTI, P.C.
Suite 1215, 79 West Monroe
Chicago, IL 60603
 Phone: 312 726-3278
Fax: 312 726-1325