# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                Case No.: 1:08−cr−00411
                                                         Honorable Matthew F. Kennelly

Abderrahmane Khellil

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Motion to extend time in which to file pretrial motions [22] is granted as to Abderrahmane Khellil. Defense motions due 9/12/2008. Response to motions due 9/26/2008, and reply brief due 10/6/2008. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.